1  LINDBERGH PORTER, Bar No. 100091
   lporter@littler.com
2  ROBERT M. GEIGER, Bar No. 322914
   rgeiger@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, CA 94104
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490

6  HELENE WASSERMAN, Bar No. 130134
   hwasserman@littler.com
7  LITTLER MENDELSON, P.C.
   633 West Fifth Street, 63rd Floor
8  Los Angeles, CA 90071
   Telephone:   213.443.4300
9  Facsimile:   213.443.4299

10 Attorneys for Defendant
   RECOLOGY INC.
11
   SEE ADDITIONAL COUNSEL ON NEXT PAGE
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 GABRIELLA TABAK, individually and as          Case No. 4:21-cv-08460-HSG
   Guardian Ad Litem for minors B.T., A.T., and
17 L.T.; THE ESTATE OF ADAM TABAK,               **JOINT STIPULATION TO EXTEND
   DECEASED,                                     THE BRIEFING SCHEDULE
18                                               REGARDING DEFENDANT'S MOTION
                  Plaintiffs,                    TO COMPEL ARBITRATION:
19                                               ORDER**
           v.
20
   RECOLOGY, INC.; and DOES 1 TO 100,
21 inclusive,
                                                 Complaint Filed: August 20, 2021
22                Defendants.                    FAC Filed: January 3, 2022
                                                 Trial Date: None Set
23

Case No. 4:21-cv-08460-HSG                       JOINT STIPULATION TO EXTEND
                                                 THE BRIEFING SCHEDULE;
                                                 ORDER

1  JOEL H. SIEGAL, Bar No. 117044
    joelsiegal@yahoo.com
2  RICHARD L. RICHARDSON, Bar No. 250676
    richard@rrichardsonlaw.com
3  SIEGAL & RICHARDSON, LLP
    436 14th Street, Suite 1106
4  Oakland, California 94612
    Telephone: (510) 271-6720
5  Facsimile: (510) 500-9512

6  Attorneys for Plaintiffs
    GABRIELLA TABAK, individually and as Guardian Ad Litem for minors B.T., A.T., and L.T.;
7  THE ESTATE OF ADAM TABAK, DECEASED

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:21-cv-08460-HSG    1.    JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE; ORDER

TO THE HONORABLE COURT AND ALL PARTIES:

Defendant Recology Inc. ("Defendant"), and Plaintiffs Gabriella Tabak, individually and as Guardian Ad Litem for minors B.T., A.T., and L.T.; and The Estate of Adam Tabak, Deceased, (hereinafter "Plaintiffs") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant filed their Motion to Compel Arbitration on February 1, 2022. The hearing on the motion is currently scheduled for May 19, 2022;

WHEREAS, the Parties discussed and agree to extend the time for Plaintiffs to file their opposition to Defendant's Motion to Compel Arbitration five weeks after February 1, 2022.

WHEREAS, the Parties have discussed and agree to extend the time for Defendant to file its reply in support of its Motion to Compel Arbitration three weeks after Plaintiffs' opposition is due.

IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. Plaintiffs' opposition to Defendant's Motion to Compel Arbitration should now be due on March 8, 2022.

2. Defendant's reply brief in support of its Motion to Compel Arbitration should now be due on March 29, 2022.

Dated: February 8, 2022

LITTLER MENDELSON P.C.

*/s/ Robert M. Geiger*
LINDBERGH PORTER
HELENE WASSERMAN
ROBERT M. GEIGER

Attorneys for Defendant
RECOLOGY INC.

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:21-cv-08460-HSG        2        JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE; ORDER

| | |
|---|---|
| 1  Dated: February 8, 2022 | SIEGAL & RICHARDSON, LLP |
| 2 | |
| 3 | |
| 4 | */s/ Joel H. Siegal* |
|   | JOEL H. SIEGAL |
| 5 | RICHARD L. RICHARDSON |
| 6 | Attorneys for Plaintiffs |
|   | GABRIELLA TABAK, INDIVIDUALLY AND |
| 7 | AS GUARDIAN AD LITEM FOR MINORS |
|   | B.T., A.T., AND L.T.; THE ESTATE OF |
| 8 | ADAM TABAK, DECEASED |

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:21-cv-08460-HSG  |  3  |  JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE; ORDER

## ORDER

The Court, having considered the Parties' stipulated request to extend the time for responses to Defendant's Motion to Compel Arbitration, Orders as follows:

1. Plaintiffs' opposition to Defendant's Motion to Compel Arbitration must be filed on or before March 8, 2022.

2. Defendant's reply in support of its Motion to Compel Arbitration must be filed on or before March 29, 2022.

**IT IS SO ORDERED.**

Dated: 2/9/2022

_____
HAYWOOD S GILLIAM, JR
UNITED STATES DISTRICT JUDGE

4855-6738-6124.1 / 016440-2779

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:21-cv-08460-HSG    4    JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE; ORDER