JOEL H. SIEGAL [SBN: 117044]
SIEGAL & RICHARDSON, LLP
436 14th Street, Suite 1106
Oakland, California 94612
Telephone: (510) 271-6720
Facsimile: (510) 500-9512
Email: joelsiegal@yahoo.com

Attorney for Plaintiffs
GABRIELLA TABAK, individually and as Guardian Ad Litem for minors B.T., A.T., and L.T.; THE ESTATE OF ADAM TABAK, DECEASED

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone:    415.433.1940
Facsimile:    415.399.8490

ROBERT GEIGER, Bar No. 322914
rgeiger@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101
Telephone:    619.232.0441
Fax No.:      619.232.4302

Attorneys for Defendant
RECOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLA TABAK, individually and as Guardian Ad Litem for minors B.T., A.T., and L.T.; THE ESTATE OF ADAM TABAK, DECEASED,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RECOLOGY, INC.; and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | Case No.  4:21-cv-08460-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br><br><br>Complaint Filed: August 20, 2021<br>FAC Filed: January 3, 2022<br>Trial Date: None Set |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

CASE NO. 4:21-CV-08460-HSG

IT IS HEREBY STIPULATED by and between Plaintiff Gabriella Tabak ("Plaintiff") and Defendant RECOLOGY INC. (erroneously sued as "RECOLOGY, INC.") ("Defendant") (collectively, the "Parties"), by and through the Parties' counsel of record, that the above-referenced action, and all causes of action and all claims asserted therein against Defendant, be dismissed *with prejudice* pursuant to Federal Rules of Civil Procedure 41(a)(1). The Parties reached a confidential resolution of this dispute embodied in a Confidential Settlement Agreement and Release Agreement.

**IT IS SO STIPULATED.**

Dated: October 27, 2023

SIEGAL & RICHARDSON, LLP

S JOEL SIEGAL
---
JOEL H. SIEGAL

Attorneys for Plaintiffs
GABRIELLA TABAK, individually and as Guardian Ad Litem for minors B.T., A.T., and L.T.; THE ESTATE OF ADAM TABAK, DECEASED

Dated: October 27, 2023

LITTLER MENDELSON P.C.

/r/Robert M. Geiger
---
ROD M. FLIEGEL
ROBERT M. GEIGER

Attorneys for Defendant
RECOLOGY INC.

**FILER ATTESTATION**

Pursuant to Local Rule 5-1.h-(3) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/Joel S. Siegel
---
Joel S. Siegel

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

CASE NO. 4:21-CV-08460-HSG

# ORDER

Having reviewed the foregoing stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation for Dismissal with Prejudice and dismisses Case No. 4:21-cv-08460-HSG with prejudice against Defendant Recology Inc. (erroneously sued as "Recology, Inc."). Each Party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: 10/30/2023

HON. HAYWOOD S. GILLIAM, JR.

4869-2227-5723.1 / 016440-2779

ITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

CASE NO. 4:21-CV-08460-HSG